NO.PD-1172-14

IN THE

COURT OF CRIMINAL APPEALS

OF TEXAS

ERIC CHRISTOPHER GONZALEZ,      §      Trial Court No.2011-CR-13055A
        Appellant,Pro se,                                       
                                §      Appeal case No.13-13-00427-CR
Vs.                                    
                                §                                
THE STATE OF TEXAS,                    February 9,2015.
        Appellee.               §

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

**MOTION TO SUSPEND TRAP RULE 9.3,UNDER TRAP RULE 2,FOR THE FILING OF MOTION FOR RE-HEARING ON DENIAL OF PETITION FOR DISCRETIONARY REVIEW.**

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW,Eric Christopher Gonzalez,in Pro se,and files this motion to suspend TRAP Rule 9.3,under TRAP Rule 2,for the number of copies required for filing Appellant's motion for re-hearing on denial of petition for discretionary review,and would show the Court:

FILED IN
COURT OF CRIMINAL APPEALS

FEB 12 2015

Abel Acosta, Clerk

I.

Appellant,is incarcerated at the McConnell Unit of TDCJ-ID,and unable to access a copy machine,and has no other means to produce the number of copies necessary for the filing of the motion for re-hearing.

PRAYER

WHEREFORE,premises being considered,Appellant prays this Court grant the motion to suspend TRAP Rule 9.3,and allow him to proceed with the motion for re-hearing without requiring him to produce the copies.

X _____
ERIC CHRISTOPHER GONZALEZ
TDCJ-ID #1863150

1 of 2.

## UNSWORN INMATE DECLARATION

I,Eric Christopher Gonzalez,hereby declare that the foregoing is true and correct,I am an inmate at the McConnell Unit,located in Beeville,Bee County,Texas.

Signed this the 9th day of February,2015.X _E~ C. ̶D̶~_

> ERIC CHRISTOPHER GONZALEZ
> TDCJ-ID #1863150
> McConnell Unit
> 3001 S.Emily Dr.
> Beeville,Texas
> 78102

## CERTIFICATE OF SERVICE

I,Eric Christopher Gonzalez,hereby certify that a true and correct "Carbon Copy",of the foregoing motion to suspend TRAP 9.3, under TRAP 2,has been sent via U.S.Mail,to the Cameron County, District Attorney,Luis V.Saenz,964 East Harrison Street,Brownsville,Texas 78520.

Signed this the 9th day of February,2015.X _E~ C. ̶D̶~_

> ERIC CHRISTOPHER GONZALEZ
> TDCJ-ID # 1863150
> McConnell Unit
> 3001 S.Emily Dr.
> Beeville,Texas
> 78102